| | |
|---|---|
| 1 | BRENDAN G. DOLAN, SBN 126732 |
| | SHANNON B. NAKABAYASHI, SBN 215469 |
| 2 | MORGAN, LEWIS & BOCKIUS LLP |
| | One Market, Spear Street Tower |
| 3 | San Francisco, CA 94105-1126 |
| | Tel: 415.442.1000 |
| 4 | Fax: 415.442.1001 |
| 5 | Attorneys for Defendants |
| | ORACLE CORPORATION AND JUANA M. |
| 6 | SCHURMAN |
| 7 | JAMES M. BRADEN, SBN 102397 |
| | PAMEL J. SIEUX, SBN 201102 |
| 8 | LAW OFFICES OF JAMES M. BRADEN |
| | 44 Montgomery Street, Suite 1210 |
| 9 | San Francisco, CA 94104 |
| | Tel: (415) 398-6865 |
| 10 | Fax: (415) 788-5606 |
| | email: braden@sf-lawyer.com |
| 11 | |
| | Attorneys for Plaintiff |
| 12 | DIEGO MORCOTE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIEGO MORCOTE, | Case No. C05-00386 JCS |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| vs. | |
| ORACLE CORPORATION, a Delaware Corporation doing business as Oracle Software Corporation; and JUANA M. SCHURMAN, an individual, Vice President of Oracle Corporation, and Associate General of Oracle Corporation, | (N.D. CIVIL L.R. 6-1) |
| Defendants. | |

WHEREAS, Plaintiff Diego Morcote ("Plaintiff") filed his Complaint in this action against Defendant Oracle Corporation and Juana M. Schurman ("Defendants") on January 26, 2005;

WHEREAS, Plaintiff filed his First Amended Complaint in this action against Defendants on April 20, 2005;

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7248428.1

STIP. TO EXTEND TIME FOR
DEFENDANTS TO RESPOND TO
PLAINTIFF'S FIRST AMENDED

WHEREAS Plaintiff served Defendants with his First Amended Complaint along with a Notice of Lawsuit and Request for Waiver of Service of Summons on April 21, 2005;

WHEREAS Defendants signed the Notice, thereby making their responsive pleading due June 20, 2005;

WHEREAS Defendants now need additional time to complete their responsive pleading;

IT IS HEREBY STIPULATED that Defendants shall have an additional ten days, i.e. through and including June 30, 2005, to file their responsive pleading to Plaintiff's First Amended Complaint

This stipulation will not alter the date of any event or any deadline already fixed by Court order.

Dated: June 20, 2005

MORGAN, LEWIS & BOCKIUS LLP
BRENDAN G. DOLAN
SHANNON NAKABAYASHI

By *Brendan G. Dolan/SBN*
Brendan G. Dolan
Attorneys for Defendants
ORACLE CORPORATION AND JUANA M. SCHURMAN

Dated: June 20, 2005

LAW OFFICES OF JAMES M. BRADEN
JAMES M. BRADEN
PAMELA J. SIEUX

By *James M. Braden*
James M. Braden
Attorneys for Plaintiff
DIEGO MORCOTE

Dated: June 21, 2005

[SEAL: UNITED STATES DISTRICT COURT — IT IS SO ORDERED — Magistrate Judge Joseph C. Spero — NORTHERN DISTRICT OF CALIFORNIA]

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7248428.1

2

STIP. TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT (C05-00386 JCS)

** TOTAL PAGE.03 **