BRENDAN G. DOLAN, SBN 126732
SHANNON B. NAKABAYASHI, SBN 215469
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
email: bdolan@morganlewis.com

Attorneys for Defendants
ORACLE CORPORATION AND JUANA M. SCHURMAN

JAMES M. BRADEN, SBN 102397
PAMELA J. SIEUX, SBN 201102
LAW OFFICES OF JAMES M. BRADEN
44 Montgomery Street, Suite 1210
San Francisco, CA 94104
Tel: (415) 398-6865
Fax: (415) 788-5605
email: braden@sf-lawyer.com

Attorneys for Plaintiff
DIEGO MORCOTE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIEGO MORCOTE,<br><br>Plaintiff,<br><br>vs.<br><br>ORACLE CORPORATION, a Delaware Corporation doing business as Oracle Software Corporation; and JUANA M. SCHURMAN, an individual, Vice President of Oracle Corporation, and Associate General of Oracle Corporation,<br><br>Defendants. | Case No. C05-00386 JCS<br><br>**STIPULATION TO FURTHER EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>(N.D. CIVIL L.R. 6-1) |

WHEREAS, Plaintiff Diego Morcote ("Plaintiff") filed his Complaint in this action against Defendant Oracle Corporation and Juana M. Schurman ("Defendants") on January 26, 2005;

WHEREAS, Plaintiff filed his First Amended Complaint in this action against Defendants

on April 20, 2005;

WHEREAS Plaintiff served Defendants with his First Amended Complaint along with a Notice of Lawsuit and Request for Waiver of Service of Summons on April 21, 2005;

WHEREAS Defendants signed the Notice, thereby making their responsive pleading due June 20, 2005;

WHEREAS on June 20, 2005, the parties filed a stipulation extending the time for Defendants to compete their responsive pleading to June 30, 2005;

WHEREAS counsel for Defendants is involved in protracted labor negotiations in another matter and needs additional time to complete Defendants' responsive pleading;

IT IS HEREBY STIPULATED that Defendants shall have an additional eight days, i.e. through and including July 8, 2005, to file their responsive pleading to Plaintiff's First Amended Complaint

This stipulation will not alter any deadline already fixed by Court order.

Dated: June 30, 2005

MORGAN, LEWIS & BOCKIUS LLP
BRENDAN G. DOLAN
SHANNON NAKABAYASHI

By _____
Shannon B. Nakabayashi
Attorneys for Defendants
ORACLE CORPORATION AND JUANA M. SCHURMAN

Dated: June 30, 2005

LAW OFFICES OF JAMES M. BRADEN
JAMES M. BRADEN
PAMELA J. SIEUX

By _____
James M. Braden
Attorneys for Plaintiff
DIEGO MORCOTE

IT IS SO ORDERED.

Dated: July 11, 2005

/s/ Joseph C. Spero
Hon. Joseph C. Spero
U. S. Magistrate Judge