BRENDAN G. DOLAN, SBN 126732
SHANNON B. NAKABAYASHI, SBN 215469
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
email: bdolan@morganlewis.com

Attorneys for Defendants
ORACLE CORPORATION AND JUANA M. SCHURMAN

JAMES M. BRADEN, SBN 102397
PAMELA J. SIEUX, SBN 201102
LAW OFFICES OF JAMES M. BRADEN
44 Montgomery Street, Suite 1210
San Francisco, CA 94104
Tel: (415) 398-6865
Fax: (415) 788-5606
email: braden@sf-lawyer.com

Attorneys for Plaintiff
DIEGO MORCOTE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIEGO MORCOTE,<br><br>            Plaintiff,<br><br>vs.<br><br>ORACLE CORPORATION, a Delaware Corporation doing business as Oracle Software Corporation; and JUANA M. SCHURMAN, an individual, Vice President of Oracle Corporation, and Associate General of Oracle Corporation,<br><br>            Defendants. | Case No. C05-00386 JCS<br><br>**FIRST AMENDED STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING: (A) HEARING ON DEFENDANTS' MOTION TO DISMISS; (B) DUE DATES FOR OPPOSITION AND REPLY BRIEFS ON SAID MOTION TO DISMISS; (C) CASE MANAGEMENT CONFERENCE; (D) LAST DAY TO FILE AND SERVE JOINT CASE MANAGEMENT CONFERENCE STATEMENT; AND (E) LAST DAY TO COMPLETE INITIAL DISCLOSURES PER RULE 26 AND TO FILE AND STATE OBJECTIONS IN A RULE 26(F) REPORT** |

///

///

///

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7259402.1

FIRST AMENDED STIPULATION AND
~~PROPOSED~~ ORDER CONTINUING CASE
MANAGEMENT CONFERENCE (C05-00386 JCS)

1  WHEREAS Plaintiff served Defendants with his First Amended Complaint on April 21, 2005;

3  WHEREAS Defendants filed and served their Motion to Dismiss certain of Plaintiff's claims pursuant to Rule 12(b)(6) on July 8, 2005;

5  WHEREAS pursuant to previous Order of the Court, the hearing on Defendants' Motion to Dismiss as well as the parties' initial Case Management Conference are set for September 30, 2005;

8  WHEREAS Plaintiff's opposition brief against the Motion to Dismiss is due to be filed and served on September 2, 2005, and Defendants' reply brief in support of that Motion is due to be filed and served on September 9, 2005;

11  WHEREAS the parties previously agreed to schedule all Rule 16 and 26 events for September 2, 2005;

13  WHEREAS due to counsel for the parties' schedules, as well as the fact that Plaintiff is dealing with personal matters in Florida that have been severely disrupted as a result of Hurricane Katrina, the parties are unable to properly meet and confer to fulfill to the requirements of Federal Rules of Civil Procedure, Rules 16 and 26, and Plaintiff also needs more time to complete his opposition papers to defendants' Motion to Dismiss

18  THE PARTIES HEREBY STIPULATE AND REQUEST as follows:

19  (1) That the hearing before the Court on defendants' Motion to Dismiss pursuant to Rule 12(b)(6), currently set for September 30, 2005, at 1:30 p.m., be continued to ~~October 28, 2005~~ November 4, 2005 at 9:30 a.m.;

22  (2) That Plaintiff's opposition brief against defendants' Motion to Dismiss, currently due to be filed and served September 2, 2005, be continued to the filing and service date of September 23, 2005, and that Defendants' reply brief, currently due to be filed and served September 9, 2005, be continued to the filing and service date of October 7, 2005;

26  (3) That the Case Management Conference, currently set for September 30, 2005, be rescheduled to ~~October 28, 2005~~ November 4, 2005, immediately following the 9:30 a.m. hearing on that date on the Motion to Dismiss, or to a time otherwise convenient for the Court;

    (4) That all the following events that were previously set for September 2, 2005, be continued to ~~October 28, 2005~~ November 4, 2005:

        (A) Last Day to Complete Initial Disclosures Per Rule 26; and

        (B) Last Day to File and State Objections in a Rule 26(f) Report.

    (5) That the Joint Case Management Conference Statement that was due to be filed on September 23, 2005 be continued to the filing date of ~~October 21, 2005~~ October 28, 2005.

Dated: August 31, 2005

MORGAN, LEWIS & BOCKIUS LLP
BRENDAN G. DOLAN
SHANNON NAKABAYASHI

By /s/ Shannon Nakabayashi
    Shannon B. Nakabayashi
    Attorneys for Defendants
    ORACLE CORPORATION AND JUANA M. SCHURMAN

Dated: August 31, 2005

LAW OFFICES OF JAMES M. BRADEN
JAMES M. BRADEN
PAMELA J. SIEUX

By /s/ James Braden
    James Braden
    Attorneys for Plaintiff
    DIEGO MORCOTE

IT IS SO ORDERED.

Dated: Sept. 2, 2005

_____
Hon. Joseph C. Spero

---

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7259402.1

3

FIRST AMENDED STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING CASE MANAGEMENT CONFERENCE (C05-00386 JCS)