**ROBIN POWERS & ASSOCIATES**

**INDUSTRY LEADER IN ORACLE RDBMS JOB PLACEMENT**

ORACLE FINANCIALS, ORACLE MANUFACTURING, ORACLE HUMAN RESOURCES SOFTWARE JOBS

Location: The job can be based in THIS geographic area OR you can reside in any geographic area as long as you are willing to travel to the client site. The company will fly you home EVERY weekend!

We currently have numerous FULL-TIME PERMANENT salaried positions with an EXCELLENT company offering CHALLENGING and diverse projects with an excellent compensation package. Formal training is available as needed.

If you like AUTONOMY, client interaction and functioning as a KEY person on a project, this may be the CAREER opportunity for you. This company offers an excellent chance for personal, financial and career growth....Come join the challenging world of Technical Consulting!

RESPONSIBILITIES:

Travel to various client sites for 3 week to 1 year projects working with Oracle Financials. Projects may be in your area or in another geographic area. The company will fly you home every weekend.

REQUIREMENTS:

1 year of experience with the Oracle Financials, Oracle Manufacturing or Oracle Human Resources Software

Ability to travel extensively

The company offers an EXCELLENT COMPENSATION PACKAGE of a salary plus bonus to $90,000 plus full benefits depending on experience. Relocation reimbursement is available.

For IMMEDIATE consideration send resumes to:

TECHNICAL RECRUITER

ROBIN POWERS & ASSOCIATES

44 MONTGOMERY ST., SUITE 2500

SAN FRANCISCO, CALIFORNIA 94104

FAX: 415-391-7808

VOICE: 415-[illegible] – 391-2082–

E-MAIL: rpowers@netcom.com ASCII only

WEB SITE: http://www.occ.com/robin

For Additional Job Listings

THANK YOU!

xrobinx

12-10-96 – SENT RESUME.

12-11-96 – SPOKE – SENT RESUME TO ORACLE. WILL SEND TO KPMG – WILL MODIFY FIRST.

12-12. – ORACLE CALLED BACK. TIM WILLIATE. WILL CALL 12-13 AT 11 AM TO TALK ABOUT PROCEDURES HAVE LIST OF QUESTIONS

12-16 SPOKE WITH RON [illegible] HAD INITIAL INTERVIEW, [illegible]

[illegible] TIM