| | |
|---|---|
| 1 | BRENDAN G. DOLAN, SBN 126732 |
| 2 | SHANNON B. NAKABAYASHI, SBN 215469<br>MORGAN, LEWIS & BOCKIUS LLP |
| 3 | One Market, Spear Street Tower<br>San Francisco, CA 94105-1126 |
| 4 | Tel: 415.442.1000<br>Fax: 415.442.1001 |
| 5 | email: bdolan@morganlewis.com |
| 6 | Attorneys for Defendants<br>ORACLE CORPORATION AND JUANA M. SCHURMAN |
| 7 | |
| 8 | JAMES M. BRADEN, SBN 102397<br>PAMELA J. SIEUX, SBN 201102 |
| 9 | LAW OFFICES OF JAMES M. BRADEN<br>44 Montgomery Street, Suite 1210 |
| 10 | San Francisco, CA 94104<br>Tel: (415) 398-6865 |
| 11 | Fax: (415) 788-5606<br>email: braden@sf-lawyer.com |
| 12 | Attorneys for Plaintiff<br>DIEGO MORCOTE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIEGO MORCOTE,<br><br>        Plaintiff,<br><br>vs.<br><br>ORACLE CORPORATION, a Delaware Corporation doing business as Oracle Software Corporation; and JUANA M. SCHURMAN, an individual, Vice President of Oracle Corporation, and Associate General of Oracle Corporation,<br><br>        Defendants. | Case No. C05-00386 JCS<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING: (A) HEARING ON DEFENDANTS' MOTION TO DISMISS; AND DUE DATES FOR (B) REPLY BRIEF ON SAID MOTION TO DISMISS; (C) CASE MANAGEMENT CONFERENCE; (D) LAST DAY TO FILE AND SERVE JOINT CASE MANAGEMENT CONFERENCE STATEMENT; AND (E) LAST DAY TO COMPLETE INITIAL DISCLOSURES PER RULE 26 AND TO FILE AND STATE OBJECTIONS IN A RULE 26(F) REPORT** |

///

///

///

MORGAN, LEWIS &<br>BOCKIUS LLP<br>ATTORNEYS AT LAW<br>SAN FRANCISCO

1-SF/7259402.2

WHEREAS Defendants filed and served their Motion to Dismiss certain of Plaintiff's claims pursuant to Rule 12(b)(6) on July 8, 2005;

WHEREAS pursuant to previous Order of the Court, the hearing on Defendants' Motion to Dismiss as well as the parties' initial Case Management Conference is set for November 4, 2005;

WHEREAS Plaintiff filed his Opposition to Defendants' Motion to Dismiss on September 23, 2005;

WHEREAS Defendants' reply brief in support of that Motion is due to be filed and served on October 7, 2005;

WHEREAS the parties previously agreed to schedule all Rule 16 and 26 events for November 4, 2005;

WHEREAS due to continuing difficulties with scheduling, including the fact that counsel for Defendants' has been in trial the past week and unable to prepare a response to Plaintiff's Opposition to Defendants' Motion;

THE PARTIES HEREBY STIPULATE AND REQUEST as follows:

(1) That the hearing before the Court on defendants' Motion to Dismiss pursuant to Rule 12(b)(6), currently set for November 4, 2005 at 9:30 a.m. be continued to November 18, 2005 at 9:30 a.m.;

(2) That defendants' reply brief, currently due to be filed and served October 7, 2005, be continued to the filing and service date of October 14, 2005;

(3) That the Case Management Conference, currently set for November 4, 2005, be rescheduled to November 18, 2005 immediately following the 9:30 a.m. hearing on that date on the Motion to Dismiss, or to a time otherwise convenient for the Court;

(4) That all the following events that were previously set for November 4, 2005, be continued to November 18, 2005:

    (A) Last Day to Complete Initial Disclosures Per Rule 26; and

    (B) Last Day to File and State Objections in a Rule 26(f) Report.

(5) That the Joint Case Management Conference Statement that was due to be filed on

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7259402.2

2

STIPULATION AND PROPOSED ORDER
CONTINUING CASE MANAGEMENT
CONFERENCE (C05-00386 JCS)

October 28, 2005 be continued to the filing date of <u>November 4, 2005</u>.

Dated: October 5, 2005

MORGAN, LEWIS & BOCKIUS LLP
BRENDAN G. DOLAN
SHANNON NAKABAYASHI

By _/s/ Nakabayashi_
Shannon B. Nakabayashi
Attorneys for Defendants
ORACLE CORPORATION AND JUANA M. SCHURMAN

Dated: October 5, 2005

LAW OFFICES OF JAMES M. BRADEN
JAMES M. BRADEN
PAMELA J. SIEUX

By _/s/ James Braden_
James Braden
Attorneys for Plaintiff
DIEGO MORCOTE

IT IS SO ORDERED.

Dated: October 6, 2005

_____
Hon. Joseph C. Spero
UNITED STATES MAGISTRATE JUDGE
MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7259402.2

3

STIPULATION AND PROPOSED ORDER CONTINUING CASE MANAGEMENT CONFERENCE (C05-00386 JCS)