1  JAMES M. BRADEN (SBN 102397)
   PAMELA J. SIEUX (SBN 201102)
2  LAW OFFICES OF JAMES M. BRADEN
   44 MONTGOMERY STREET, SUITE 1210
3  SAN FRANCISCO, CA 94104

4  TELEPHONE: (415) 398-6865
   FACSIMILE: (415) 788-5605
5  EMAIL:    braden@sf-lawyer.com

6        Attorneys for Plaintiff Diego Morcote
   BRENDAN DOLAN, SBN 126732
7  SHANNON B. NAKABAYASHI, SBN 215469
   MORGAN, LEWIS & BOCKIUS LLP
8  One Market, Spear Street Tower
   San Francisco, CA 94105-1126
9  Tel: 415.442.1000
   Fax: 415.442.1001
10 Email: bdolan@morganlewis.com;

11 Attorneys for Defendants

12 ORACLE CORPORATION AND JUANA M. SCHURMAN

13              UNITED STATES DISTRICT COURT

14             NORTHERN DISTRICT OF CALIFORNIA

15                 SAN FRANCISCO DIVISION

16

| | |
|---|---|
| 17  DIEGO MORCOTE, an individual, | Case No. C05-00386 JCS |
| 18       Plaintiff, | JOINT DISCOVERY PLAN AND RULE 26(F) STATEMENT |
| 19  v. | |
| 20  ORACLE CORPORATION, a Delaware | Date: November 18, 2005<br>Time: 9:30 a.m. |
| 21  corporation, doing business as Oracle Software | Courtroom: A, 15th Floor |
| 22  Corporation; and JUANA M. SCHURMAN, an individual, Vice President of Oracle | Judge: Hon. Joseph C. Spero |
| 23  Corporation, and Associate General Counsel of Oracle Corporation, | |
| 24       Defendants. | |

1

JOINT DISCOVERY PLAN AND RULE 26(F) STATEMENT
1-SF/7314942.1

Plaintiff DIEGO MORCOTE and defendants ORACLE CORPORATION and JUANA M. SCHURMAN submit their Joint Discovery Plan pursuant to Rule 26(f) as follows:

1. The parties have met and conferred pursuant to Rule 26(f);

2. The parties do not feel that any changes need to be made to the form, or requirements for disclosures under Rule 26(a). As for timing, the parties now agree that all disclosures shall be made no later than December 16, 2005;

3. The parties anticipate that discovery can be completed by September 30, 2006, with the expert discovery cutoff set for December 31, 2006.

4. Except as stated in Paragraph 2 above, the parties do not believe that any changes should be made to the limitations on discovery imposed under the Federal Rules of Civil Procedure or the local rules.

5. The parties reserve the right to request that orders be entered pursuant to Rule 16 (b) and/or (c).

Dated: November 17, 2005.

Respectfully submitted,

LAW OFFICES OF JAMES M. BRADEN

By: _____
Pamela J. Sieux
Attorneys for Plaintiff Diego Morcote

Dated: November 17, 2005.

MORGAN, LEWIS & BOCKIUS LLP

By: _____
Shannon B. Nakabayashi
Attorneys for Defendants Oracle Corporation and Juana M. Schurman

2

JOINT DISCOVERY PLAN AND RULE 26(F) STATEMENT
1-SF/7314942.1