Law Offices of

**James M. Braden**

44 Montgomery Street
Suite 1210
San Francisco, California 94104

(415) 398-6865
Fax (415) 788-5605
Email:   Braden@sf-lawyer.com
Web: http://www.sf-lawyer.com

November 22, 2005

<u>**VIA ECF ELECTRONIC FILING**</u>

Honorable Joseph C. Spero
United States District Court
Northern District of California
450 Golden Gate Avenue, Courtroom A, 15th Floor
San Francisco, CA  94102

      Re:  *Morcote v. Oracle Corporation, et al.*
         United States District Court, Northern District of California
         Case No. C 05-00386 JCS

Dear Judge Spero:

      Pursuant to the Court's Case Management and Pretrial Order issued at the Case Management Conference last Friday, November 18 and filed today, November 22, 2005, I write to inform you that the parties have selected the Honorable Charles A. Legge (Ret.) of JAMS as their mediator.  As of November 21, Judge Legge is available to mediate this case on January 9 (half-day morning session only), 10, 13, 16, and 17, 2006.  I have provided these date options to opposing counsel and expect to hear back from them after the Thanksgiving holiday.

                               Very truly yours,

                               /s/

                               James M. Braden

cc: Brendan Dolan, Esq. (via facsimile)
    Shannon B. Nakabayashi, Esq. (via facsimile)