1  BRENDAN G. DOLAN, SBN 126732
   SHANNON B. NAKABAYASHI, SBN 215469
2  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
3  San Francisco, CA 94105-1126
   Tel: 415.442.1000
4  Fax: 415.442.1001
   email: bdolan@morganlewis.com
5
   Attorneys for Defendants
6  ORACLE CORPORATION AND JUANA M.
   SCHURMAN
7
   JAMES M. BRADEN, SBN 102397
8  PAMELA J. SIEUX, SBN 201102
   LAW OFFICES OF JAMES M. BRADEN
9  44 Montgomery Street, Suite 1210
   San Francisco, CA 94104
10 Tel: (415) 398-6865
   Fax: (415) 788-5605
11 email: braden@sf-lawyer.com

12 Attorneys for Plaintiff
   DIEGO MORCOTE
13
                    UNITED STATES DISTRICT COURT
14
                    NORTHERN DISTRICT OF CALIFORNIA
15

16
17 DIEGO MORCOTE,                              Case No. C05-00386 JCS

18            Plaintiff,                       **STIPULATION REGARDING
                                               CONTINUING CASE MANAGEMENT
19     vs.                                     CONFERENCE PENDING DISMISSAL**

20 ORACLE CORPORATION, a Delaware
   Corporation doing business as Oracle
21 Software Corporation; and JUANA M.
   SCHURMAN, an individual, Vice
22 President of Oracle Corporation, and
   Associate General of Oracle Corporation,
23
              Defendants.
24
   //
25
   //
26
   //
27
   //
28

MORGAN, LEWIS &                                STIPULATION REGARDING CONTINUING CASE
BOCKIUS LLP         1-SF/7333512.1             MANAGEMENT CONFERENCE PENDING
ATTORNEYS AT LAW                               DISMISSAL (C05-00386 JCS)
SAN FRANCISCO

1   WHEREAS, the parties are currently scheduled to appear before the Court on Friday,
2   January 20, 2006 for a case management conference;
3   WHEREAS on Friday, January 13, 2006, at mediation before Judge Charles A. Legge
4   (ret.), the parties reached a settlement of Plaintiff's claims;
5   WHEREAS on January 13, 2006, Defendant's counsel called the Court clerk to inform her
6   of the settlement, at which time she suggested that the parties stipulate to continuing the case
7   management conference;
8   WHEREAS the parties are still negotiating a final settlement agreement and desire to
9   postpone the case management conference and any other hearings until such time as the
10  settlement agreement can be executed and the case dismissed;
11  IT IS HEREBY STIPULATED that:
12  The case management conference shall be continued until February ~~24~~ 17, 2006. The parties
13  will endeavor to execute the settlement agreement prior to that date so that the matter may be
14  promptly dismissed.
15  Dated: January 18, 2006                MORGAN, LEWIS & BOCKIUS LLP
                                           BRENDAN G. DOLAN
16                                         SHANNON NAKABAYASHI

18                                         By /s/ Nakabayashi
                                           Shannon B. Nakabayashi
19                                         Attorneys for Defendants
                                           ORACLE CORPORATION AND JUANA
20                                         M. SCHURMAN

21  Dated: January 18, 2006                LAW OFFICES OF JAMES M. BRADEN
                                           JAMES M. BRADEN
22                                         PAMELA J. SIEUX

24                                         By /s/ Pamela J. Sieux
                                           Pamela Sieux
25                                         Attorneys for Plaintiff
                                           DIEGO MORCOTE

MORGAN, LEWIS &
BOCKIUS LLP      1-SF/7333512.1            2               STIPULATION REGARDING CONTINUING CASE
ATTORNEYS AT LAW                                           MANAGEMENT CONFERENCE PENDING
SAN FRANCISCO                                              DISMISSAL (C05-00386 JCS)

1  IT IS SO ORDERED.

2

3  Dated: Jan. 20, 2006

_____
Hon. Joseph C. Spero

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7333512.1

3

STIPULATION REGARDING CONTINUING CASE
MANAGEMENT CONFERENCE PENDING
DISMISSAL (C05-00386 JCS)