1   BRENDAN G. DOLAN, SBN 126732
    SHANNON B. NAKABAYASHI, SBN 215469
2   MORGAN, LEWIS & BOCKIUS LLP
    One Market, Spear Street Tower
3   San Francisco, CA 94105-1126
    Tel: 415.442.1000
4   Fax: 415.442.1001
    email: bdolan@morganlewis.com
5
    Attorneys for Defendants
6   ORACLE CORPORATION AND JUANA M.
    SCHURMAN
7
    JAMES M. BRADEN, SBN 102397
8   PAMELA J. SIEUX, SBN 201102
    LAW OFFICES OF JAMES M. BRADEN
9   44 Montgomery Street, Suite 1210
    San Francisco, CA 94104
10  Tel: (415) 398-6865
    Fax: (415) 788-5605
11  email: braden@sf-lawyer.com

12  Attorneys for Plaintiff
    DIEGO MORCOTE
13
                UNITED STATES DISTRICT COURT
14
              NORTHERN DISTRICT OF CALIFORNIA
15

16
    DIEGO MORCOTE,                         Case No. C05-00386 JCS
17
                    Plaintiff,             **FURTHER STIPULATION REGARDING**
18                                         **CONTINUING CASE MANAGEMENT**
                    vs.                    **CONFERENCE PENDING DISMISSAL**
19
    ORACLE CORPORATION, a Delaware
20  Corporation doing business as Oracle
    Software Corporation; and JUANA M.
21  SCHURMAN, an individual, Vice
    President of Oracle Corporation, and
22  Associate General of Oracle Corporation,

23                  Defendants.

24  //

25  //

26  //

27  //

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7333512.1

FURTHER STIPULATION REGARDING CONTINUING
CASE MANAGEMENT CONFERENCE PENDING
DISMISSAL (C05-00386 JCS)

1    WHEREAS, the parties are currently scheduled to appear before the Court on Friday,

2    February 17, 2006, at 1:30 p.m., for a case management conference;

3    WHEREAS on Friday, January 13, 2006, at mediation before Judge Charles A. Legge

4    (ret.), the parties reached a settlement of Plaintiff's claims;

5    WHEREAS the parties are still negotiating a final settlement agreement and desire to

6    postpone the case management conference and any other hearings until such time as the

7    settlement agreement can be executed and the case dismissed;

8    IT IS HEREBY STIPULATED that:

9    The case management conference shall be continued until Friday, March 17, 2006, at

10    1:30 p.m.  The parties will endeavor to execute the settlement agreement prior to that date so that

11    the matter may be promptly dismissed.

12    Dated: February 15, 2006                MORGAN, LEWIS & BOCKIUS LLP
                                              BRENDAN G. DOLAN
13                                            SHANNON NAKABAYASHI

14

15                                     By _____
                                          Shannon B. Nakabayashi
16                                        Attorneys for Defendants
                                          ORACLE CORPORATION AND JUANA
17                                        M. SCHURMAN

18    Dated: February 15, 2006                LAW OFFICES OF JAMES M. BRADEN
                                              JAMES M. BRADEN
19                                            PAMELA J. SIEUX

20

21                                     By _____
                                          Pamela J. Sieux
22                                        Attorneys for Plaintiff
                                          DIEGO MORCOTE
23

24

25    IT IS SO ORDERED.

26

27    Dated:  Feb. 16, 2006

                                          _____
                                          Hon. Joseph C. Spero
28

MORGAN, LEWIS &
  BOCKIUS LLP          1-SF/7333512.1              2            FURTHER STIPULATION REGARDING CONTINUING
 ATTORNEYS AT LAW                                               CASE MANAGEMENT CONFERENCE PENDING
  SAN FRANCISCO                                                        DISMISSAL (C05-00386 JCS)