BRENDAN G. DOLAN, SBN 126732
SHANNON B. NAKABAYASHI, SBN 215469
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
email: bdolan@morganlewis.com

Attorneys for Defendants
ORACLE CORPORATION AND JUANA M. SCHURMAN

JAMES M. BRADEN, SBN 102397
PAMELA J. SIEUX, SBN 201102
LAW OFFICES OF JAMES M. BRADEN
44 Montgomery Street, Suite 1210
San Francisco, CA 94104
Tel: (415) 398-6865
Fax: (415) 788-5605
email: braden@sf-lawyer.com

Attorneys for Plaintiff
DIEGO MORCOTE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIEGO MORCOTE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ORACLE CORPORATION, a Delaware Corporation doing business as Oracle Software Corporation; and JUANA M. SCHURMAN, an individual, Vice President of Oracle Corporation, and Associate General of Oracle Corporation,<br><br>　　　　Defendants. | Case No. C05-00386 JCS<br><br>**STIPULATION REGARDING CONTINUING CASE MANAGEMENT CONFERENCE PENDING DISMISSAL** |

//
//
//
//

1  WHEREAS, the parties are currently scheduled to appear before the Court on Friday,
2  March 17, 2006, at 1:30 p.m. for a case management conference;
3  WHEREAS on Friday, January 13, 2006, at mediation before Judge Charles A. Legge
4  (ret.), the parties reached a settlement of Plaintiff's claims;
5  WHEREAS the parties are still negotiating a final settlement agreement and desire to
6  postpone the case management conference and any other hearings until such time as the
7  settlement agreement can be executed and the case dismissed;
8  IT IS HEREBY STIPULATED that:
9  The case management conference shall be continued to April 21, 2006, at 1:30 p.m. A
10 joint case management conference statement shall be due on April 14, 2006. The parties will
11 endeavor to execute the settlement agreement prior to that date so that the matter may be
12 promptly dismissed.

Dated: March 10, 2006

MORGAN, LEWIS & BOCKIUS LLP
BRENDAN G. DOLAN
SHANNON NAKABAYASHI

By /s/ Shannon Nakabayashi
Shannon B. Nakabayashi
Attorneys for Defendants
ORACLE CORPORATION AND JUANA M. SCHURMAN

Dated: March 10, 2006

LAW OFFICES OF JAMES M. BRADEN
JAMES M. BRADEN
PAMELA J. SIEUX

By /s/ Pamela J. Sieux
Pamela Sieux
Attorneys for Plaintiff
DIEGO MORCOTE

IT IS SO ORDERED.

Dated: 3/14/06

Hon. Joseph C. Spero

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7333512.1

2

STIPULATION REGARDING CONTINUING CASE
MANAGEMENT CONFERENCE PENDING
DISMISSAL (C05-00386 JCS)