1  JAMES M. BRADEN (SBN 102397)
   PAMELA J. SIEUX (SBN 201102)
2  LAW OFFICES OF JAMES M. BRADEN
   44 MONTGOMERY STREET, SUITE 1210
3  SAN FRANCISCO, CA  94104

4  TELEPHONE: (415) 398-6865
   FACSIMILE:  (415) 788-5605
5  EMAIL:      braden@sf-lawyer.com

6       Attorneys for Plaintiff Diego Morcote

7

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

| DIEGO MORCOTE, an individual, | Case No. C05-00386 JCS |
|---|---|
| Plaintiff, | JOINT CASE MANAGEMENT CONFERENCE STATEMENT |
| v. | Date: April 21, 2006 |
| ORACLE CORPORATION, a Delaware corporation, doing business as Oracle Software Corporation; and JUANA M. SCHURMAN, an individual, Vice President of Oracle Corporation, and Associate General Counsel of Oracle Corporation, | Time: 1:30 p.m. Courtroom: A, 15th Floor Judge: Hon. Joseph C. Spero |
| Defendants. | |

        Plaintiff DIEGO MORCOTE and defendants ORACLE CORPORATION and JUANA M. SCHURMAN submit their Joint Case Management Conference Statement as follows.

        On January 13, 2006, the parties participated in a mediation before Judge Charles Legge (Ret.) at JAMS. At the mediation, they entered into a handwritten Memorandum of Settlement.

1

1 However, they are unable to agree to the terms of a full-length settlement agreement.

2 Apparently, the parties are at impasse.

Dated: April 14, 2006.

Respectfully submitted,

LAW OFFICES OF JAMES M. BRADEN

By: _____
(James M. Braden
Attorneys for Plaintiff Diego Morcote

Dated: April 14, 2006.

MORGAN, LEWIS & BOCKIUS LLP

By: _____
Shannon B. Nakabayashi
Attorneys for Defendants Oracle
Corporation and Juana M. Schurman

2

JOINT CASE MANAGEMENT CONFERENCE STATEMENT
1-SF/7361979.1