1  BRENDAN G. DOLAN, SBN 126732
   SHANNON B. NAKABAYASHI, SBN 215469
2  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
3  San Francisco, CA 94105-1126
   Tel: 415.442.1000
4  Fax: 415.442.1001
   email: bdolan@morganlewis.com
5
   Attorneys for Defendants
6  ORACLE CORPORATION AND JUANA M.
   SCHURMAN
7
   JAMES M. BRADEN, SBN 102397
8  PAMELA J. SIEUX, SBN 201102
   LAW OFFICES OF JAMES M. BRADEN
9  44 Montgomery Street, Suite 1210
   San Francisco, CA 94104
10 Tel: (415) 398-6865
   Fax: (415) 788-5605
11 email: braden@sf-lawyer.com

12 Attorneys for Plaintiff
   DIEGO MORCOTE
13

14                    UNITED STATES DISTRICT COURT
15                   NORTHERN DISTRICT OF CALIFORNIA

16
17 DIEGO MORCOTE,                              Case No. C05-00386 JCS
18                Plaintiff,                   **STIPULATION REGARDING
                                               CONTINUING CASE MANAGEMENT
19         vs.                                 CONFERENCE PENDING DISMISSAL**
20 ORACLE CORPORATION, a Delaware
   Corporation doing business as Oracle
21 Software Corporation; and JUANA M.
   SCHURMAN, an individual, Vice
22 President of Oracle Corporation, and
   Associate General of Oracle Corporation,
23
                  Defendants.
24 //
25 //
26 //
27 //
28

MORGAN, LEWIS &
BOCKIUS LLP         1-SF/7333512.1                      STIPULATION REGARDING CONTINUING CASE
ATTORNEYS AT LAW                                        MANAGEMENT CONFERENCE PENDING
SAN FRANCISCO                                           DISMISSAL (C05-00386 JCS)

Received Time Apr.18. 4:09PM

1. WHEREAS, the parties are currently scheduled to appear before the Court on Friday, April 21, 2006, at 1:30 p.m. for a case management conference;

WHEREAS, on January 13, 2006, at mediation before Judge Charles A. Legge (ret.), the parties entered into a handwritten Memorandum of Settlement;

WHEREAS, on April 14, 2006, the parties filed a Joint Case Management Conference with the Court informing it that the parties are apparently at impasse in agreeing to the terms of a full-length settlement agreement;

WHEREAS, on April 18, 2006, the parties conferred with JAMS mediator Judge Legge. Judge Legge has informed the parties that he remains optimistic that he would be able to assist them further, but would not be able to do so until this Friday, April 21.

IT IS HEREBY STIPULATED that:

The case management conference shall be continued to May 12, 2006, at 1:30 p.m. A joint case management conference statement shall be due on May 5, 2006.

Dated: April 18, 2006.

MORGAN, LEWIS & BOCKIUS LLP
BRENDAN G. DOLAN
SHANNON NAKABAYASHI

By _____
Shannon B. Nakabayashi
Attorneys for Defendants
ORACLE CORPORATION AND JUANA M. SCHURMAN

Dated: April 18, 2006.

LAW OFFICES OF JAMES M. BRADEN
JAMES M. BRADEN
PAMELA J. SIEUX

By _____
Pamela Sieux
Attorneys for Plaintiff
DIEGO MORCOTE

IT IS SO ORDERED.

Dated: April 19, 2006

_____
Judge Joseph C. Spero

...TION REGARDING CONTINUING CASE MANAGEMENT CONFERENCE PENDING DISMISSAL (C05-00386 JCS)

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO
1-SF/7333512.1                 2
Received Time Apr.18. 4:09PM
** TOTAL PAGE.03 **