1  BRENDAN G. DOLAN, SBN 126732
   SHANNON B. NAKABAYASHI, SBN 215469
2  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
3  San Francisco, CA 94105-1126
   Tel: 415.442.1000
4  Fax: 415.442.1001
   email: bdolan@morganlewis.com
5

6  Attorneys for Defendants
   ORACLE CORPORATION AND JUANA M.
   SCHURMAN
7

8  JAMES M. BRADEN, SBN 102397
   PAMELA J. SIEUX, SBN 201102
9  LAW OFFICES OF JAMES M. BRADEN
   44 Montgomery Street, Suite 1210
10 San Francisco, CA 94104
   Tel: (415) 398-6865
11 Fax: (415) 788-5605
   email: braden@sf-lawyer.com

12 Attorneys for Plaintiff
   DIEGO MORCOTE
13

14              UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16

17 DIEGO MORCOTE,                     Case No. C05-00386 JCS

18            Plaintiff,              **STIPULATION REGARDING
                                      CONTINUING CASE MANAGEMENT
19       vs.                          CONFERENCE PENDING DISMISSAL**

20 ORACLE CORPORATION, a Delaware
   Corporation doing business as Oracle
21 Software Corporation; and JUANA M.
   SCHURMAN, an individual, Vice
22 President of Oracle Corporation, and
   Associate General of Oracle Corporation,

23            Defendants.

24 //
25 //
26 //
27 //
28

MORGAN, LEWIS &
BOCKIUS LLP      1-SF/7333512.1                   STIPULATION REGARDING CONTINUING CASE
ATTORNEYS AT LAW                                  MANAGEMENT CONFERENCE PENDING
SAN FRANCISCO                                     DISMISSAL (C05-00386 JCS)

Received Time May. 4. 3:22PM

WHEREAS, the parties are currently scheduled to appear before the Court on Friday, May 12, 2006, at 1:30 p.m. for a case management conference;

WHEREAS, on Friday, January 13, 2006, at mediation before Judge Charles A. Legge (ret.), the parties reached a settlement of Plaintiff's claims;

WHEREAS, on Monday, May 1, 2006, the parties engaged in a further telephonic mediation before Judge Legge;

WHEREAS, the parties are still negotiating a final settlement agreement and desire to postpone the case management conference and any other hearings until such time as the settlement agreement can be executed and the case dismissed;

IT IS HEREBY STIPULATED that:

The case management conference shall be continued to June 23, 2006, at 9:30 a.m. A joint case management conference statement shall be due on June 16, 2006. The parties will endeavor to execute the settlement agreement prior to that date so that the matter may be promptly dismissed.

Dated: May 4, 2006

MORGAN, LEWIS & BOCKIUS LLP
BRENDAN G. DOLAN
SHANNON NAKABAYASHI

By *Nakabayashi*
Shannon B. Nakabayashi
Attorneys for Defendants
ORACLE CORPORATION AND JUANA M. SCHURMAN

Dated: May 4, 2006

LAW OFFICES OF JAMES M. BRADEN
JAMES M. BRADEN
PAMELA J. SIEUX

Dated: May 5, 2006

By *Pamela J. Sieux*
Pamela Sieux
Attorneys for Plaintiff
DIEGO MORCOTE

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7333512.1

2

STIPULATION REGARDING CONTINUING CASE MANAGEMENT CONFERENCE PENDING DISMISSAL (C05-00386 JCS)

Received Time May. 4. 3:22PM

** TOTAL PAGE 03 **