| | |
|---|---|
| 1 | BRENDAN G. DOLAN, SBN 126732 |
|   | SHANNON B. NAKABAYASHI, SBN 215469 |
| 2 | MORGAN, LEWIS & BOCKIUS LLP |
|   | One Market, Spear Street Tower |
| 3 | San Francisco, CA 94105-1126 |
|   | Tel: 415.442.1000 |
| 4 | Fax: 415.442.1001 |
|   | email: bdolan@morganlewis.com |
| 5 | |
|   | Attorneys for Defendants |
| 6 | ORACLE CORPORATION AND JUANA M. |
|   | SCHURMAN |
| 7 | |
|   | JAMES M. BRADEN, SBN 102397 |
| 8 | PAMELA J. SIEUX, SBN 201102 |
|   | LAW OFFICES OF JAMES M. BRADEN |
| 9 | 44 Montgomery Street, Suite 1210 |
|   | San Francisco, CA 94104 |
| 10 | Tel: (415) 398-6865 |
|   | Fax: (415) 788-5605 |
| 11 | email: braden@sf-lawyer.com |
| 12 | Attorneys for Plaintiff |
|   | DIEGO MORCOTE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DIEGO MORCOTE, | | Case No. C05-00386 JCS |
| | Plaintiff, | **STIPULATION REGARDING CONTINUING CASE MANAGEMENT CONFERENCE PENDING DISMISSAL** |
| vs. | | |
| ORACLE CORPORATION, a Delaware Corporation doing business as Oracle Software Corporation; and JUANA M. SCHURMAN, an individual, Vice President of Oracle Corporation, and Associate General of Oracle Corporation, | | |
| | Defendants. | |

//
//
//
//

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7333512.1

STIPULATION REGARDING CONTINUING CASE
MANAGEMENT CONFERENCE PENDING
DISMISSAL (C05-00386 JCS)

Received Time Jun.15. 6:13PM

1   WHEREAS, the parties are currently scheduled to appear before the Court on Friday,
2   June 23, 2006, at 9:30 a.m. for a case management conference;
3   WHEREAS, on January 13, 2006, at mediation before Judge Charles A. Legge (ret.), the
4   parties entered into a handwritten Memorandum of Settlement;
5   WHEREAS, on April 14, 2006, the parties filed a Joint Case Management Conference
6   with the Court informing it that the parties are apparently at impasse in agreeing to the terms of a
7   full-length settlement agreement;
8   WHEREAS, after working extensively with Judge Legge, the parties no longer believe
9   they are at impasse, and, therefore, they believe they are prepared to continue with the finalization
10  of a full-length settlement agreement.
11  IT IS HEREBY STIPULATED that:
12  The case management conference shall be continued to August 11, 2006, at 1:30 p.m. A
13  joint case management conference statement shall be due on August 4, 2006.

Dated: June 14, 2006.

MORGAN, LEWIS & BOCKIUS LLP
BRENDAN G. DOLAN
SHANNON NAKABAYASHI

By *Shannon B. Nakabayashi*
Shannon B. Nakabayashi
Attorneys for Defendants
ORACLE CORPORATION AND JUANA M. SCHURMAN

Dated: June 14, 2006.

LAW OFFICES OF JAMES M. BRADEN
JAMES M. BRADEN
PAMELA J. SIEUX

By *Pamela J. Sieux*
Pamela Sieux
Attorneys for Plaintiff
DIEGO MORCOTE

IT IS SO ORDERED.

Dated: _____June 16_____, 2006.

Judge Joseph C. Spero

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7333512.1

2

STIPULATION REGARDING CONTINUING CASE MANAGEMENT CONFERENCE PENDING DISMISSAL (C05-00386 JCS)

Received Time Jun.15. 6:13PM

** TOTAL PAGE.03 **