1  BRENDAN G. DOLAN, SBN 126732
   SHANNON B. NAKABAYASHI, SBN 215469
2  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
3  San Francisco, CA  94105-1126
   Tel: 415.442.1000
4  Fax: 415.442.1001
   email: bdolan@morganlewis.com
5
   Attorneys for Defendants
6  ORACLE CORPORATION AND JUANA M.
   SCHURMAN
7
   JAMES M. BRADEN, SBN 102397
8  PAMELA J. SIEUX, SBN 201102
   LAW OFFICES OF JAMES M. BRADEN
9  44 Montgomery Street, Suite 1210
   San Francisco, CA 94104
10 Tel: (415) 398-6865
   Fax: (415) 788-5605
11 email: braden@sf-lawyer.com

12 Attorneys for Plaintiff
   DIEGO MORCOTE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIEGO MORCOTE,<br><br>    Plaintiff,<br><br>vs.<br><br>ORACLE CORPORATION, a Delaware Corporation doing business as Oracle Software Corporation; and JUANA M. SCHURMAN, an individual, Vice President of Oracle Corporation, and Associate General of Oracle Corporation,<br><br>    Defendants. | Case No. C05-00386 JCS<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date:       August 11, 2006<br>Time:       1:30 p.m.<br>Courtroom:  A, 15th Floor<br>Judge:      Hon. Joseph C. Spero |

Plaintiff DIEGO MORCOTE and Defendants ORACLE CORPORATION and JUANA M. SCHURMAN submit their Joint Case Management Conference Statement as follows.

On January 13, 2006, the parties participated in a mediation before Judge Charles Legge (Ret.) at JAMS. At the mediation, they entered into a handwritten Memorandum of Settlement.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7399496.1

JOINT CASE MANAGEMENT
CONFERENCE STATEMENT (C05-00386 JCS)

1 | The parties are currently finalizing their formal settlement agreement.

Dated: August 4, 2006

MORGAN, LEWIS & BOCKIUS LLP
BRENDAN G. DOLAN
SHANNON NAKABAYASHI


By _____/s/_____
Shannon B. Nakabayashi
Attorneys for Defendants
ORACLE CORPORATION AND JUANA M. SCHURMAN

Dated: August 4, 2006

LAW OFFICES OF JAMES M. BRADEN
JAMES M. BRADEN
PAMELA J. SIEUX


By _____/s/_____
James M. Braden
Attorneys for Plaintiff
DIEGO MORCOTE

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7399496.1

2

JOINT CASE MANAGEMENT
CONFERENCE STATEMENT (C05-00386 JCS)