1  BRENDAN G. DOLAN, SBN 126732
   SHANNON B. NAKABAYASHI, SBN 215469
2  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
3  San Francisco, CA 94105-1126
   Tel: 415.442.1000
4  Fax: 415.442.1001
   email: bdolan@morganlewis.com
5
   Attorneys for Defendants
6  ORACLE CORPORATION AND JUANA M.
   SCHURMAN
7

   JAMES M. BRADEN, SBN 102397
8  PAMELA J. SIEUX, SBN 201102
   LAW OFFICES OF JAMES M. BRADEN
9  44 Montgomery Street, Suite 1210
   San Francisco, CA 94104
10 Tel: (415) 398-6865
   Fax: (415) 788-5605
11 email: braden@sf-lawyer.com

12 Attorneys for Plaintiff
   DIEGO MORCOTE
13

               UNITED STATES DISTRICT COURT

               NORTHERN DISTRICT OF CALIFORNIA

| DIEGO MORCOTE, | Case No. C05-00386 JCS |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| vs. | |
| ORACLE CORPORATION, a Delaware Corporation doing business as Oracle Software Corporation; and JUANA M. SCHURMAN, an individual, Vice President of Oracle Corporation, and Associate General of Oracle Corporation, | Date: August 11, 2006<br>Time: 1:30 p.m.<br>Courtroom: A, 15th Floor<br>Judge: Hon. Joseph C. Spero |
| Defendants. | |

Plaintiff DIEGO MORCOTE and Defendants ORACLE CORPORATION and JUANA M. SCHURMAN submit their Joint Case Management Conference Statement as follows.

On January 13, 2006, the parties participated in a mediation before Judge Charles Legge (Ret.) at JAMS. At the mediation, they entered into a handwritten Memorandum of Settlement.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER
CONTINUING CASE MANAGEMENT
CONFERENCE (C05-00386 JCS)

1  The parties today have agreed upon a final text of their formal settlement agreement. However,
2  they require additional time to obtain signatures to the settlement agreement and to otherwise
3  complete the settlement of this matter. Therefore, they respectfully request that the Case
4  Management Conference that is currently scheduled for August 11, 2006, at 1:30 p.m. be
5  continued to September 15, 2006, at 1:30 p.m. A case management conference statement shall be
6  due on September 7, 2006. The parties anticipate that they will have dismissed this case prior to
7  September 15, 2006.

8  Dated: August 9, 2006

                                    MORGAN, LEWIS & BOCKIUS LLP
                                    BRENDAN G. DOLAN
                                    SHANNON NAKABAYASHI

                                    By _____
                                    Shannon B. Nakabayashi
                                    Attorneys for Defendants
                                    ORACLE CORPORATION AND JUANA
                                    M. SCHURMAN

Dated: August 9, 2006
                                    LAW OFFICES OF JAMES M. BRADEN
                                    JAMES M. BRADEN
                                    PAMELA J. SIEUX

                                    By _____
                                    Pamela J. Sieux
                                    Attorneys for Plaintiff
                                    DIEGO MORCOTE

                                    ORDER

IT IS SO ORDERED.

Dated: August 10, 2006.

**DENIED**
Judge Joseph C. Spero
UNITED STATES COURT NORTHERN DISTRICT OF CALIFORNIA

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2                       STIPULATION AND [PROPOSED] ORDER
                        CONTINUING CASE MANAGEMENT
                        CONFERENCE (C05-00386 JCS)