JAMES M. BRADEN (SBN 102397)
PAMELA J. SIEUX (SBN 201102)
LAW OFFICES OF JAMES M. BRADEN
44 MONTGOMERY STREET, SUITE 1210
SAN FRANCISCO, CA 94104

TELEPHONE: (415) 398-6865
FACSIMILE: (415) 788-5605
EMAIL:   braden@sf-lawyer.com

Attorneys for Plaintiff Diego Morcote

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DIEGO MORCOTE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ORACLE CORPORATION, a Delaware corporation, doing business as Oracle Software Corporation; and JUANA M. SCHURMAN, an individual, Vice President of Oracle Corporation, and Associate General Counsel of Oracle Corporation,<br><br>Defendants. | Case No. C05-00386 JCS<br><br>NOTICE RE FAILURE TO CONCLUDE SETTLEMENT AND REQUEST THAT THE PARTIES BE GIVEN LEAVE TO EXTEND THE TIME OF CONDITIONAL DISMISSAL FOR ANOTHER SIXTY DAYS AND [~~PROPOSED~~] ORDER |

On October 10, 2006, the Court issued an order dismissing the case in its entirety with prejudice.

///

1

NOTICE RE FAILURE TO CONCLUDE SETTLEMENT AND REQUEST THAT THE PARTIES BE GIVEN LEAVE TO EXTEND THE TIME OF CONDITIONAL DISMISSAL FOR ANOTHER SIXTY DAYS AND [~~PROPOSED~~] ORDER

However, the Order also stated that if any party shall certify to the Court, within sixty days of that Order, that the agreed consideration for the settlement had not been delivered, then the Court's order of dismissal would be vacated and the case would be restored to its calendar and set for trial.

Defendants then provided plaintiff with another draft of the settlement agreement. Plaintiff has reviewed this draft, and it is acceptable to him. Therefore, the parties are finally in full agreement on the final language of the settlement agreement. However, the parties will require additional time, beyond the 60th day after the Court's October 10 order, which is December 9, 2006, to obtain the requisite signatures to the settlement agreement and to otherwise complete the settlement.

Plaintiff believes that the parties will be able to completely settle this matter within the next sixty days. Indeed, in the ordinary course of events, we believe thirty more days would be more than sufficient. However, the long holiday season will occupy the majority part of the next 30 days, and thus we respectfully request the leeway of 60 days so that we do not have to come back to the Court for yet another extension.

Therefore, plaintiff requests that this case not be restored to the Court's calendar and set for trial, but rather that the Court order that: (A) The case remains only conditionally dismissed; and (B) That if the Court receives notice from any party within sixty days of its order regarding

///

///

///

///

///

2

NOTICE RE FAILURE TO CONCLUDE SETTLEMENT AND REQUEST THAT THE PARTIES BE GIVEN LEAVE TO EXTEND THE TIME OF CONDITIONAL DISMISSAL FOR ANOTHER SIXTY DAYS AND [PROPOSED] ORDER

this request that the agreed consideration for said settlement has not been delivered, then the case shall forthwith be restored to the Court's calendar and set for trial.

Dated: December 7, 2006.                    Respectfully submitted,

                                          LAW OFFICES OF JAMES M. BRADEN

                                          By: _____
                                               Pamela J. Sieux
                                               Attorneys for Plaintiff Diego Morcote

3

NOTICE RE FAILURE TO CONCLUDE SETTLEMENT AND REQUEST THAT THE PARTIES BE GIVEN LEAVE TO EXTEND THE TIME OF CONDITIONAL DISMISSAL FOR ANOTHER SIXTY DAYS AND [PROPOSED] ORDER

## ORDER

IT IS HEREBY ORDERED that this case remains conditionally dismissed with prejudice; provided, however, that if any party hereto shall certify to this Court within sixty (60) days of this Order, with proof of service of a copy thereon to opposing counsel, that the agreed consideration for said settlement has not been delivered, this Order shall stand vacated, and this case shall forthwith be restored to the calendar to be set for trial.

IT IS SO ORDERED.

Dated: __December 8__, 2006.



Judge Joseph C. Spero
United States Magistrate Judge

NOTICE RE FAILURE TO CONCLUDE SETTLEMENT AND REQUEST THAT THE PARTIES BE GIVEN LEAVE TO EXTEND THE TIME OF CONDITIONAL DISMISSAL FOR ANOTHER SIXTY DAYS AND [PROPOSED] ORDER

## PROOF OF SERVICE

I, PAMELA J. SIEUX, declare as follows:

I am a citizen of the United States. My business address is 44 Montgomery Street, Suite 1210, San Francisco, California 94104. I am employed in the county of San Francisco where this service occurs. I am over the age of eighteen years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true and correct copy of the following document(s) described as:

**NOTICE RE FAILURE TO CONCLUDE SETTLEMENT AND REQUEST THAT THE PARTIES BE GIVEN LEAVE TO EXTEND THE TIME OF CONDITIONAL DISMISSAL FOR ANOTHER SIXTY DAYS AND [PROPOSED] ORDER**

__X___ (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California.

___X____ (BY EMAIL) by email transmission the document(s) listed above to the email addressees listed below, on this date.

__X__ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date.

Brendan G. Dolan, Esq.
Barbara I. Antonucci, Esq.
Morgan, Lewis & Bockius, LLP
One Market
Spear Street Tower
San Francisco, CA 94105
Fax. (415) 442-1001
Email: bdolan@morganlewis.com
Email: bantonucci@morganlewis.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed December 7, 2006, at San Francisco, California.

*/s/ Pamela J. Sieux/*

5