1  JAMES M. BRADEN (SBN 102397)
   PAMELA J. SIEUX (SBN 201102)
2  LAW OFFICES OF JAMES M. BRADEN
   44 MONTGOMERY STREET, SUITE 1210
3  SAN FRANCISCO, CA  94104

4  TELEPHONE: (415) 398-6865
   FACSIMILE:  (415) 788-5605
5  EMAIL:      braden@sf-lawyer.com

6  Attorneys for Plaintiff Diego Morcote

10            UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                 SAN FRANCISCO DIVISION

| | |
|---|---|
| DIEGO MORCOTE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ORACLE CORPORATION, a Delaware corporation, doing business as Oracle Software Corporation; and JUANA M. SCHURMAN, an individual, Vice President of Oracle Corporation, and Associate General Counsel of Oracle Corporation,<br><br>Defendants. | Case No. C05-00386 JCS<br><br>NOTICE RE THE PARTIES' COMPLETION OF SETTLEMENT AND REQUEST THAT THE COURT VACATE ITS MARCH 16, 2007 CASE MANAGEMENT CONFERENCE AND DISMISS THIS CASE WITH PREJUDICE; AND [~~PROPOSED~~] ORDER RE SAME |

1

The parties have completed the settlement in this matter. Accordingly, they request that the Court issue an order vacating the Case Management Conference currently scheduled for March 16, 2007, at 1:30 p.m., and that this case be dismissed in its entirety with prejudice.

Dated: March 13, 2007.  Respectfully submitted,

LAW OFFICES OF JAMES M. BRADEN

By: _____
 Pamela J. Sieux
 Attorneys for Plaintiff Diego Morcote

2

NOTICE RE THE PARTIES' COMPLETION OF SETTLEMENT AND REQUEST THAT THE COURT VACATE ITS MARCH 16, 2007 CASE MANAGEMENT CONFERENCE AND DISMISS THIS CASE WITH PREJUDICE; AND [PROPOSED] ORDER RE SAME

# ORDER

IT IS HEREBY ORDERED that the Case Management Conference schedule for March 16, 2007, at 1:30 p.m. be vacated.

IT IS FURTHER ORDERED that this case be dismissed in its entirety with prejudice.

Dated: March 14, 2007



_____
JOSEPH C. SPERO
United States Magistrate Judge

3

NOTICE RE THE PARTIES' COMPLETION OF SETTLEMENT AND REQUEST THAT THE COURT VACATE ITS MARCH 16, 2007 CASE MANAGEMENT CONFERENCE AND DISMISS THIS CASE WITH PREJUDICE; AND [PROPOSED] ORDER RE SAME

**PROOF OF SERVICE**

I, PAMELA J. SIEUX, declare as follows:

I am a citizen of the United States. My business address is 44 Montgomery Street, Suite 1210, San Francisco, California 94104. I am employed in the county of San Francisco where this service occurs. I am over the age of eighteen years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true and correct copy of the following document(s) described as:

**NOTICE RE THE PARTIES' COMPLETION OF SETTLEMENT AND REQUEST THAT THE COURT VACATE ITS MARCH 16, 2007 CASE MANAGEMENT CONFERENCE AND DISMISS THIS CASE WITH PREJUDICE; AND [PROPOSED] ORDER RE SAME**

_____ (BY HAND-DELIVERY) I cause such envelope(s) to be delivered by hand this date to the offices of the addressee(s) noted below.

__X__ (BY EMAIL) by email transmission the document(s) listed above to the email addressees listed below, on this date.

__X__ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date.

Brendan G. Dolan, Esq.
Morgan, Lewis & Bockius, LLP
One Market
Spear Street Tower
San Francisco, CA 94105
Fax. (415) 442-1001
Email: bdolan@morganlewis.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed March 13, 2007, at San Francisco, California.

_____
Pamela J. Sieux

4

NOTICE RE THE PARTIES' COMPLETION OF SETTLEMENT AND REQUEST THAT THE COURT VACATE ITS MARCH 16, 2007 CASE MANAGEMENT CONFERENCE AND DISMISS THIS CASE WITH PREJUDICE; AND [PROPOSED] ORDER RE SAME